UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DYNAMITE SALAVEA,

        Plaintiff,

    v.

JEFFERY UTTECHT, *et al.*,

        Defendants.

Case No. C08-5417RBL/JKA

ORDER TOR TRANSFER MATTER TO E.D. OF WASHINGTON

Plaintiff's complaint, filed pursuant to 42 U.S.C. § 1983, alleges violations of his constitutional or federal rights based on the allegation that persons working at the Washington State Penitentiary failed to protect him from other inmates after he informed them he was in danger. Plaintiff originally named persons from the Clallam Bay Corrections Center, but that complaint had several defects and plaintiff was ordered to file an amended complaint. The amended complaint was filed July 28, 2008 (Dkt # 9). Plaintiff has not named a defendant over which this court would have jurisdiction in the amended complaint.

ORDER
Page - 1

1     This matter should have been filed with the United States District Court for the Eastern District of
2 Washington, and it should be transferred there pursuant to 28 U.S.C. § 1391(b).
3     The Clerk is directed to send a copy of this Order to plaintiff, and to send the Complaint and all
4 documents in support, along with a copy of this Order, to the District Court Clerk for the Eastern District
5 of Washington.

    DATED this 25th day of August, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry this
25 day of August, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge